Lois Sexton, Appellant, v. Donald Williamson et al., Respondents. — Aulisi, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.